**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7015**

_____

In Re:   HARVEY P. SHORT,

                                              Petitioner.

_____

On Petition for Writ of Mandamus.   (2:07-cv-00277; 2:07-cv-00409; 2:07-cv-00255)

_____

Submitted:  October 24, 2007         Decided:  November 1, 2007

_____

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Harvey P. Short, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harvey P. Short petitions for a writ of mandamus, alleging the district court has unduly delayed acting in three 42 U.S.C. § 1983 (2000) actions. Our review of the district court docket sheets reveals that the district court held a status conference on several of Short's cases, including these three, on October 4, 2007. Accordingly, because there has been recent significant action in the district court, we deny the mandamus petition as moot. We grant Short's motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED